472 A.2d 229

Commonwealth v. Schroth, Appellant.

Reargument Denied March 14, 1984.

Petition for Allowance of Appeal
Denied August 13, 1984.

582

Submitted November 7, 1983. Spero Thomas Lappas, for appellant; William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before McEWEN, JOHNSON and POPOVICH, JJ.

Order affirmed.